UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
IRAKLI SIMSIVE,          :
          :
         Petitioner,          :
          :     25 Civ. 6817 (JPC)
      -v-          :
          :     <u>ORDER DIRECTING</u>
BRYAN FLANAGAN, *et al.*,          :     <u>PAYMENT OF FEE OR IFP</u>
          :     <u>APPLICATION</u>
         Respondents.          :
          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Petitioner, who is proceeding *pro se*, brings this petition for a writ of *habeas corpus*. To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* ("IFP"), submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Petitioner submitted the petition without the filing fee or an IFP application. Within thirty days of the date of this Order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 25 Civ. 6817 (JPC). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at his address of record, along with his address at 1151 Brighton Beach Avenue, Apartment 4P, Brooklyn, New York 11235, and the Metropolitan Detention Center, P.O. Box 329002, Brooklyn, New York 11232 (No. A 220325470).

SO ORDERED.

Dated: August 22, 2025
New York, New York

JOHN P. CRONAN
United States District Judge