```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
IRAKLI SIMSIVE,                                     :
                                                    :
                        Petitioner,                 :
                                                    :     25 Civ. 6817 (JPC)
            -v-                                     :
                                                    :            ORDER
BRYAN FLANAGAN, et al.,                             :
                                                    :
                        Respondents.                :
                                                    :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within twenty-one days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within fourteen days from the date he is served with Respondents' response.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at his address of record, along with his address at 1151 Brighton Beach Avenue, Apartment 4P, Brooklyn, New York 11235, and the Metropolitan Detention Center, P.O. Box 329002, Brooklyn, New York 11232 (No. A 220325470).

SO ORDERED.

Dated: August 22, 2025
      New York, New York

                                                JOHN P. CRONAN
                                           United States District Judge