```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IRAKLI SIMSIVE,                                                        :
                                                                       :
                                        Petitioner,                    :
                                                                       :         25 Civ. 6817 (JPC)
                -v-                                                    :
                                                                       :         ORDER
BRYAN FLANAGAN, et al.,                                                :
                                                                       :
                                        Respondents.                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

*Pro se* Petitioner Irakli Simsive filed a petition for *writ of habeas corpus* on August 17, 2025.  Dkt. 1.  On August 22, 2025, this Court ordered the Government to file a response to the petition within twenty-one days, and for Petitioner to file any reply within fourteen days from the date he is served with the response.  Dkt. 5.  On September 12, 2025, the Government filed a motion to transfer this case to the United States District Court for the Eastern District of New York, or, alternatively, to dismiss this case without prejudice to refiling in that court.  Dkt. 8.  The Government further requests that, should this Court transfer the case, it "waive the seven-day waiting period contained in Local Civil Rule 83.1" in order "to minimize any delay in having the case heard in the proper forum."  Dkt. 9 at 5 n.1.

Within seven days of being served with this Order, Petitioner shall state whether he consents to this Court transferring the case to the Eastern District of New York.  This Order does not foreclose Petitioner from filing his reply within fourteen days from the date he is served with the Government's motion and responsive papers.  The Government is ordered to promptly serve this Order on Petitioner.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at his address of record, along with his address at 1151 Brighton Beach Avenue, Apartment 4P, Brooklyn, New York 11235, and the Metropolitan Detention Center, P.O. Box 329002, Brooklyn, New York 11232 (No. A 220325470).

SO ORDERED.

Dated: September 12, 2025
      New York, New York

                                           JOHN P. CRONAN
                                       United States District Judge