```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IRAKLI SIMSIVE,                                                        :
                                                                       :
                              Petitioner,                              :
                                                                       :            25 Civ. 6817 (JPC)
              -v-                                                      :
                                                                       :                 ORDER
BRYAN FLANAGAN, et al.,                                                :
                                                                       :
                              Respondents.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

*Pro se* Petitioner Irakli Simsive filed a petition for a *writ of habeas corpus* on August 17, 2025. Dkt. 1. On August 22, 2025, this Court ordered the Government to file a response to the petition within twenty-one days, and for Petitioner to file any reply within fourteen days from the date he is served with the response. Dkt. 5. On September 12, 2025, the Government filed a motion to transfer this case to the United States District Court for the Eastern District of New York, or, alternatively, to dismiss this case without prejudice to refiling in that court. Dkt. 8. The Government further requests that, should this Court transfer the case, it "waive the seven-day waiting period contained in Local Civil Rule 83.1" in order "to minimize any delay in having the case heard in the proper forum." Dkt. 9 at 5 n.1.

On September 12, 2025, this Court ordered Petitioner to "state whether he consents to this Court transferring the case to the Eastern District of New York" within "seven days of being served with th[at] Order." Dkt. 12 at 1. That Order did "not foreclose Petitioner from filing his reply within fourteen days from the date he is served with the Government's motion and responsive papers." *Id.* To date, Petitioner has filed neither a submission with his position as to consent to transfer nor a reply.

By October 9, 2025, Petitioner shall file both his position on consent to transfer and any reply to the Government's responsive papers.  If Petitioner fails to do so by that date, this Court will transfer the case to the Eastern District of New York.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at his address of record—P.O. Box 3664, Westlake Village, California 91359—along with his address at 1151 Brighton Beach Avenue, Apartment 4P, Brooklyn, New York 11235, and the Metropolitan Detention Center, P.O. Box 329002, Brooklyn, New York 11232 (No. A 220325470).

SO ORDERED.

Dated: October 2, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge